Ted T. Mozes, PLLC
16 Gladwyne Court
Spring Valley, NY 10977
Tel: 845.362.6951

Attorney for
Pame Associates llc

UNITED STATES BANKRUPTCY COURT
EASTERN   DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

              Case No. 1-19-42557 (CEC))

LEGFRAS GROUP LLC



 -------------------------------------------------------X

**NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS**

  SIRS:

  PLEASE TAKE NOTICE, That Pame Associates LLC by its attorney Ted Mozes PLLC hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules")and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following address and telephone number.

      Ted   Mozes, pllc
      16 Gladwyne Court
      Spring Valley, NY 10977
      Tel: 845.362.6951


  PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also

includes, without limitation, any notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Pame Associates llc is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: June 18, 2019
Spring Valley, NY

*s/ Ted Mozes*
Ted Mozes Pllc
Ted T. Mozes, Esq.
16 Gladwyne Court
Spring Valley, NY 10977
Tel: 845.362.6951

UNITED STATES BANKRUPTCY COURT
EASTERN   DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

                                                Case No. 1-19-42557 (CEC))

LEGFRAS GROUP LLC


---------------------------------------------------------

## **NOTICE OF APPEARANCE**

**Ted T. Mozes, PLLC**
16 Gladwyne Court
Spring Valley, NY 10977
845.362.6951